UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, STEPHEN J. ROTELLA, and THOMAS W. CASEY,<br><br>　　　　　　　　Defendants. | **CIVIL ACTION NO. 07-cv-11422**<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Robert Garber. hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: December 20, 2007

Respectfully submitted,

BRODSKY & SMITH, LLC

By: *s/ Evan J. Smith, Esquire*
Evan J. Smith, Esquire
240 Mineola Boulevard
Mineola, NY 11501
Phone: 516-741-4799
Fax: 516-741-0626
Email: esmith@brodsky-smith.com

Alfred G. Yates, Jr., Esquire
LAW OFFICE OF ALFRED G. YATES JR, PC
429 Forbes Avenue, 519 Allegheny Building
Pittsburgh, PA 15219
Phone: (412) 391-5164
Email: yateslaw@aol.com
**Attorneys for Plaintiff**

1