UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | |
|---|---|
| ROBERT L. GARBER, on behalf of himself and all others similarly situated, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | :   **Civil Action No. 1:07-cv-11422-UA** |
| | : |
| WASHINGTON MUTUAL, INC., *et al.*, | : |
| | : |
| Defendants. | : |

------------------------------------------------------x

| | |
|---|---|
| JOEL ABRAMS, *et al.*, on behalf of themselves and all others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| | : |
| vs. | : |
| | : |
| WASHINGTON MUTUAL, INC., *et al.*, | :   **Civil Action No. 1:07-cv-09806-AKH** |
| | : |
| Defendants. | : |

------------------------------------------------------x

| | |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| WASHINGTON MUTUAL, INC., *et al.*, | :   **Civil Action No. 07-cv-09801-CM** |
| | : |
| Defendants. | : |

------------------------------------------------------x

**CERTIFICATE OF SERVICE**

2100 / SERV / 00085982.WPD v1

I certify that I am over eighteen years of age and am not a party to this action. On January 4, 2008, I served the following documents on the persons listed below by via electronic service on the ECF System:

- Notice of Motion In Support of Motion by the New York City Police and Fire Pension Funds For Consolidation, For Appointment of Lead Plaintiff and Approval of Their Selection of Lead Counsel;

- Memorandum of Law In Support of Motion by the New York City Police and Fire Pension Funds For Consolidation, For Appointment of Lead Plaintiff and Approval of Their Selection of Lead Counsel;

- Declaration of Peter D. St. Phillip, Jr. In Support of Motion By the New York City Police and Fire Pension Funds For Consolidation, For Appointment As Lead Plaintiff and Approval of Lead Counsel and exhibits;

- Declaration of Keith M. Snow In Support of Motion By the New York City Police and Fire Pension Funds For Consolidation, For Appointment of Lead Plaintiff and Approval of Lead Counsel;

- [Proposed] Order Granting the New York City Police and Fire Pension Funds' Motion For Consolidation, For Appointment As Lead Plaintiff and For Approval of Lead Counsel; and

- Certificate of Service.

With the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert Craig Finkel, Esq.
rfinkel@wolfpopper.com

Jack Gerald Fruchter, Esq.
jfruchter@wolfpopper.com

James Abram Harrod, III, Esq.
jharrod@wolfpopper.com

Nancy Kaboolian, Esq.
nkaboolian@abbyspanier.com

Samuel Howard Rudman, Esq.
srudman@csgrr.com

Richard A. Spiers, Esq.
rspeirs@zsz.com

Evan J. Smith, Esq.
esmith@brodsky-smith.com

I further certify that I have sent by electronic mail these documents to the following non CM/ECF participants:

Darren J. Robbins, Esq.
darrenr@csgrr.com
David C. Walton, Esq.
davidw@csgrr.com

Alfred G. Yates, Esq.
yateslaw@aol.com

Jeffrey C. Block, Esq.
jblock@bermanesq.com


Additionally, I served the following document on the persons listed below via electronic service in the *Kosterer* Action:

- Supplemental Declaration of Peter D. St. Phillip, Jr. In Further Support of Motion By the New York City Police and Fire Pension Funds For Consolidation, For Appointment of Lead Plaintiff and Approval of Lead Counsel

With the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert Craig Finkel, Esq.
rfinkel@wolfpopper.com

Jack Gerald Fruchter, Esq.
jfruchter@wolfpopper.com

James Abram Harrod, III, Esq.
jharrod@wolfpopper.com

Nancy Kaboolian, Esq.
nkaboolian@abbyspanier.com

Dated:	January 4, 2008
	White Plains, New York

                                              **/s/ Peter D. St. Phillip, Jr.**
                                              PETER D. ST. PHILLIP, JR.

Executed at White Plains, New York, on January 4, 2008.

_____
KATHERINE M. VOGEL