UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, DAVID C. SCHNEIDER, and THOMAS W. CASEY,<br><br>      Defendants. | Electronically Filed<br><br>Civil Action No. 1:07-CV-09801-CM<br><br>(ECF Case) |

[Captions continued on the following page]


# NOTICE OF THE
# WAMU INSTITUTIONAL INVESTOR GROUP'S MOTION TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer (JE-5503)
485 Lexington Avenue
29th Floor
New York, New York  10017
Tel: (646) 722-8500
Fax: (646) 722-8501

  and

GRANT & EISENHOFER P.A.
Geoffrey C. Jarvis (GJ-7040)
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 622-7000
Fax: (302) 622-7100

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Sean M. Handler
Darren J. Check
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for the WaMu Institutional Investor Group and Proposed Lead Counsel for the Class*

| | |
|---|---|
| JOEL ABRAMS and BRIAN ROFFE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, STEPHEN J. ROTELLA, and THOMAS W. CASEY,<br><br>                    Defendants. | Civil Action No. 1:07-CV-09806-AKH |
| ROBERT L. GARBER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, STEPHEN J. ROTELLA, and THOMAS W. CASEY,<br><br>                    Defendants. | Civil Action No. 1:07-CV-11422-UA |

**PLEASE TAKE NOTICE THAT** pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78-u-4(a)(3)(B), the City of Philadelphia Board of Pensions and Retirement, Alameda County Employees' Retirement Association, Metzler Investment GmbH, and Helaba Invest Kapitalanlagegesellschaft mbH (collectively, the "WaMu Institutional Investor Group"), respectfully move this Court before the Honorable Colleen McMahon, at the United States District Court of the Southern District of New York, at a date and time to be determined by the Court, for the consolidation of the related actions, for appointment as Lead Plaintiff for the class, and for approval of the WaMu Institutional Investor Group's selection of

the law firms of Grant & Eisenhofer P.A. and Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel for the class.

This Motion is supported by the following documents submitted herewith:

(1) Memorandum of Law In Support Of The WaMu Institutional Investor Group's Motion To Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval Of Its Selection Of Lead Counsel; and

(2) Declaration of Geoffrey C. Jarvis In Support Of The WaMu Institutional Investor Group's Motion To Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval Of Its Selection Of Lead Counsel, dated January 4, 2008, and the accompanying exhibits.

Dated:  January 4, 2008

    Respectfully submitted,

      /s Geoffrey C. Jarvis
    Jay W. Eisenhofer (JW-5503)
    GRANT & EISENHOFER P.A.
    485 Lexington Avenue, 29th Floor
    New York, New York  10017
    Tel:  (646) 722-8500
    Fax:  (646) 722-8501

      - and -
    Geoffrey C. Jarvis (GJ-7040)
    GRANT & EISENHOFER P.A.
    Chase Manhattan Centre
    1201 N. Market Street
    Wilmington, Delaware 19801
    Tel:  (302) 622-7000
    Fax:  (302) 622-7100

| | |
|---|---|
| OF COUNSEL: | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| Alexander Reus | Sean M. Handler |
| Diaz Reus Rolff & Targ LLP | Darren J. Check |
| GLOBAL EXPANSION GROUP | 280 King of Prussia Rd. |
| Bank of America Tower at | Radnor, PA 19087 |
| International Pl. | Telephone:  (610) 667-7706 |
| 100 SE Second Street, Suite 2610 | Facsimile:   (610) 667-7056 |
| Miami, FL 33131 | |
| Tel:   (786) 235-5000 | *Counsel for the WaMu Institutional* |
| Fax:  (786) 235-5005 | *Investor Group and Proposed Lead Counsel for the Class* |

## CERTIFICATE OF SERVICE

The undersigned, Counsel for the WaMu Institutional Investor Group and proposed Lead Counsel for the Class, hereby certifies that on this date, a copy of the foregoing motion and related memorandum of law and declaration were served on all counsel identified below in the manner identified below:

### Via ECF

- **Robert Craig Finkel**
  rfinkel@wolfpopper.com

- **James Abram Harrod , III**
  jharrod@wolfpopper.com

- **Nancy Kaboolian**
  nkaboolian@abbeyspanier.com

- **Richard A Speirs**
  rspeirs@zsz.com

- **Jack Gerald Fruchter**
  JFruchter@FruchterTwersky.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **Peter Dexter St. Philip , Jr**
  pstphillip@ldbs.com

### U.S. Mail, First-Class Postage Prepaid

Darren J. Robbins
David C. Walton
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 5th Ave
Ste 2900
Seattle, WA 98101

Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Stephen M. Rummage
Steven P Caplow
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

Date: January 4, 2008

GRANT & EISENHOFER P.A.

/s/ Geoffrey C. Jarvis
Geoffrey C. Jarvis
Chase Manhattan Centre
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 622-7000