*Wright, J*
*Part I*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ROBERT L. GARBER, Individually and On Behalf
of All Others Similarly Situated,

                               Plaintiffs,

          -against-                             Case No. 07 Civ. 11422 (CM)

WASHINGTON MUTUAL, INC., KERRY K.
KILLINGER, STEPHEN J. ROTELLA, and
THOMAS W. CASEY,

                               Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-08-08

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that the time within which defendants may answer, move against or otherwise respond to the Complaint in the above-captioned action is extended to and including the later of: (i) sixty days from the date of this Order; or (ii) thirty days from the date the United States Judicial Panel on Multidistrict Litigation rules on the pending motion to transfer this action to the U.S. District Court for the Western District of Washington; *provided, however*, that if any amended or superseding complaint is filed prior to the expiration of the time limits set out in clauses (i) and (ii), defendants shall have at least thirty days from the date of filing of any such amended or superseding complaint; and

IT IS FURTHER STIPULATED AND AGREED that Simpson Thacher & Bartlett LLP will accept service of the complaint in this matter on behalf of defendants Washington Mutual, Inc., Kerry K. Killinger, Stephen J. Rotella, and Thomas W. Casey.

No prior extensions of time have been granted in this matter, and all parties consent to this request.

Dated: January __, 2008

                                        SIMPSON THACHER & BARTLETT LLP

By _____
Barry R. Ostrager
Mary Kay Vyskocil
David Woll
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

    -and-

Robert J. Pfister
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502
Email: rpfister@stblaw.com

*Attorneys for Washington Mutual, Inc. and for all other Defendants for the limited purpose of entering into this Stipulation.*

BRODSKY & SMITH, LLC

By _____
Evan J. Smith, Esq.
240 Mineola Boulevard
Mineola, New York 11501
Telephone: (516) 741-4977
Facsimile: (516) 741-0626
Email: esmith@brodsky-smith.com

*Attorneys for Plaintiffs*

SO ORDERED. 01/08/08

_____
(PART I)

No prior extensions of time have been granted in this matter, and all parties consent to this request.

Dated: January __, 2008

        SIMPSON THACHER & BARTLETT LLP

By _____
   Barry R. Ostrager
   Mary Kay Vyskocil
   David Woll
   425 Lexington Avenue
   New York, New York 10017
   Telephone: (212) 455-2000
   Facsimile: (212) 455-2502

      -and-

   Robert J. Pfister
   1999 Avenue of the Stars, 29th Floor
   Los Angeles, California 90067
   Telephone: (310) 407-7500
   Facsimile: (310) 407-7502
   Email: rpfister@stblaw.com

*Attorneys for Washington Mutual, Inc. and for all other Defendants for the limited purpose of entering into this Stipulation*

BRODSKY & SMITH, LLC

By _____
   Evan J. Smith, Esq.
   240 Mineola Boulevard
   Mineola, New York 11501
   Telephone: (516) 741-4977
   Facsimile: (516) 741-0626
   Email: esmith@brodsky-smith.com

*Attorneys for Plaintiffs*

SO ORDERED. 01/08/08

[signature]

(PART I)