IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>      vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, DAVID C. SCHNEIDER, and THOMAS W. CASEY,<br><br>                        Defendants. | Electronically Filed<br><br>Civil Action No. 1:07-CV-09801-CM<br><br>(ECF Case) |

[Captions continued on the following page]

NOTICE OF WITHDRAWAL OF MOTION
OF THE WAMU INSTITUTIONAL INVESTOR GROUP TO
CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR
<u>APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL</u>

| | |
|---|---|
| GRANT & EISENHOFER P.A.<br>Jay W. Eisenhofer (JW-5503)<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>Tel:   (646) 722-8500<br>Fax:  (646) 722-8501<br><br>  and<br><br>GRANT & EISENHOFER P.A<br>Geoffrey C. Jarvis (GJ-7040)<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, DE 19801<br>Tel:   (302) 622-7000<br>Fax:  (302) 622-7100 | SCHIFFRIN BARROWAY<br>  TOPAZ & KESSLER, LLP<br>Sean M. Handler<br>Darren J. Check<br>280 King of Prussia Road<br>Radnor, PA 10987<br>Tel:   (610) 667-7706<br>Fax:  (610) 667-7056<br><br><br><br><br><br><br>*Counsel for the WaMu Institutional Investor Group* |

| | |
|---|---|
| JOEL ABRAMS and BRIAN ROFFE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, STEPHEN J. ROTELLA, and THOMAS W. CASEY,<br><br>      Defendants. | Civil Action No. 1:07-CV-09806-AKH |
| ROBERT L. GARBER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, STEPHEN J. ROTELLA, and THOMAS W. CASEY,<br><br>      Defendants. | Civil Action No. 1:07-CV-11422-UA |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the City of Philadelphia Board of Pensions and Retirement Alamada County Employees' Retirement Association, Metzler Asset Management GmbH, and Helaba Invest Kapitalanlagegesellschaft mbH, (collectively, the "WaMu Institutional Investor Group") hereby withdraw their motion to consolidate actions, to be appointed lead plaintiff and for approval of lead plaintiff's selection of lead counsel originally filed with this Court on January 4, 2008. Nevertheless, should the need arise, the WaMu Institutional Investor Group respectfully requests the Court to consider its motion as it remains willing to serve in a leadership or representative capacity on behalf of the class.

This withdrawal is made without prejudice to the rights of the WaMu Institutional Investor Group to participate in this action as a member of the proposed class and to share in any settlement or recovery.

Dated: January 18, 2007                    Respectfully submitted,

                                                   /s Geoffrey C. Jarvis
Jay W. Eisenhofer (JW-5503)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel:    (646) 722-8500
Fax:   (646) 722-8501

- and -

Geoffrey C. Jarvis (GJ-7040)
GRANT & EISENHOFER P.A
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel:    (302) 622-7000
Fax:   (302) 622-7100

                                      SCHIFFRIN BARROWAY
                                        TOPAZ & KESSLER, LLP
                                      Sean M. Handler
                                      Darren J. Check
                                      280 King of Prussia Road
                                      Radnor, PA 10987
                                      Tel:         (610) 667-7706
                                      Fax:   (610) 667-7056

OF COUNSEL:

Alexander Reuss
Diaz Reuss Rolff & Targ LLP
GLOBAL EXPANSION GROUP
Bank of America Tower at
International Pl.
100 SE Second Street, Suite 2610
Tel:   (786) 235-5000
Fax:   (786) 235-5005

                                      *Counsel for the WaMu Institutional Investor Group*

## CERTIFICATE OF SERVICE

The undersigned, Counsel for the WaMu Institutional Investor Group, hereby certifies that on this date, a copy of the foregoing notice was served on all counsel registered for ECF service on the above docket.

Date: January 18, 2008

GRANT & EISENHOFER P.A.
/s/ Geoffrey C. Jarvis
Geoffrey C. Jarvis
Chase Manhattan Centre
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 622-7000