UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
ROBERT L. GARBER, on behalf of              :
himself and all others similarly situated,  :
                                            :
                    Plaintiff,              :
                                            :
            vs.                             :    Civil Action No. 1: 07-cv-11422-UA
                                            :
WASHINGTON MUTUAL, INC., et al.,            :
                                            :
                    Defendants.             :
-------------------------------------------------------x
JOEL ABRAMS, et al., on behalf of           :
themselves and all others similarly situated,:
                                            :
                    Plaintiffs,             :
                                            :
            vs.                             :
                                            :
WASHINGTON MUTUAL, INC., et al.,            :    Civil Action No. 1:07-cv-09806-AKH
                                            :
                    Defendants.             :
-------------------------------------------------------x
                                            :
                                            :
DENNIS KOESTERER, on behalf of              :
himself and all others similarly situated,  :
                                            :
                    Plaintiff,              :
                                            :
            vs.                             :
                                            :
WASHINGTON MUTUAL, INC., et al.,            :    Civil Action No. 1:07-cv-09801-CM
                                            :
                    Defendants.             :
-------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF MOTION FOR
CONSOLIDATION, APPOINTMENT OF LEAD
<u>PLAINTIFF, AND APPROVAL OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that the NYC Police and Fire Pension Funds, through their

respective trustees, hereby withdraw their motion to consolidate the above-captioned actions; for their appointment as Lead Plaintiff; and for approval of their attorneys as Lead Counsel as it appears that the Ontario Teachers Pension Plan Board has the largest financial interest in the relief sought by the class, 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb), and otherwise satisfies the criteria for appointment as Lead Plaintiff.

Dated: January 22, 2008               LOWEY DANNENBERG COHEN, P.C.


By:      /s/ **Peter D. St. Phillip, Jr.**
         Richard W. Cohen (RC-5220)
         David C. Harrison  (DH-3834)
         Peter D. St. Phillip, Jr. (PS-0726)
         Thomas Skelton (TS-7908)

White Plains Plaza
One North Broadway
Fifth Floor
White Plains, NY 10601
Telephone: (914) 997-0500
Telecopier: (914) 997-0035
E-Mail: pstphillip@lowey.com

*Counsel for the NYC Police and Fire Pension Funds*